IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

| | |
|---|---|
| ZACHARY G. HEHMANN and BRIENNE D. HEHMANN, | ) ) ) |
| Plaintiffs, | ) ) |
| v. | ) Case No.: 2:22-cv-00289-KRS-SMV ) |
| ROSWELL HONDA; THOMAS W. KRUMLAND D/B/A ROSWELL HONDA; LINDA L. KRUMLAND D/B/A ROSWELL HONDA; T & L MOTORS, LLC D/B/A ROSWELL HONDA; KRUMLAND AUTO GROUP, LLC D/B/A ROSWELL HONDA, | ) ) ) ) ) ) ) |
| Defendants. | ) |

**STIPULATED ORDER STAYING THIS ACTION**

THIS MATTER comes before the Court upon the Plaintiffs' and Defendants' Stipulated Motion to Stay this Proceeding. The Court, being fully advised and finding agreement of the parties to the motion, grants the motion.

**IT IS THEREFORE ORDERED** that the case is hereby stayed. The basis for the stay is that the parties have agreed to arbitration and selected an arbitrator and agreed to apply the state law of New Mexico. The parties shall inform the Court of the results of the arbitration upon completion thereof and request such relief as is appropriate.

IT IS SO ORDERED.

_____
KEVIN R. SWEAZEA
UNITED STAGES MAGISTRATE JUDGE

1

**APPROVED:**

**CROW LAW FIRM**

<u>By:  B.J. Crow                                       </u>

**B.J. Crow**
400 North Pennsylvania Suite 1150
Roswell, New Mexico 88201
575-291-0200 (Telephone)
575-825-6340 (Facsimile)
bj@crow-law-firm.com

**ATTORNEY FOR DEFENDANTS**



**AGREED BY:**

<u>By:  /s/ Robert David Humphreys with permission</u>

**Robert David Humphreys**
1701 Old Pecos Trail, Suite B
Santa Fe, New Mexico 87505
505-933-7026 (Telephone)
918-471-2223 (Facsimile)
david@hwh-law.com

**ATTORNEY FOR PLAINTIFFS**