IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

| | |
|---|---|
| ZACHARY G. HEHMANN and BRIENNE D. HEHMANN, <br><br> Plaintiffs, <br><br> v. <br><br> ROSWELL HONDA; THOMAS W. KRUMLAND D/B/A ROSWELL HONDA; LINDA L. KRUMLAND D/B/A ROSWELL HONDA; T & L MOTORS, LLC D/B/A ROSWELL HONDA; KRUMLAND AUTO GROUP, LLC D/B/A ROSWELL HONDA, <br><br> Defendants. | ) ) ) ) ) ) ) Case No.: 2:22-cv-00289-KRS-DLM ) ) ) ) ) ) ) ) ) ) |

**ORDER CONFIRMING ARBITRATOR'S AWARD
AND ENTRY OF JUDGMENT**

Before the Court is Plaintiffs' Motion to Confirm Arbitrator's Award and Enter Judgement Regarding the Same. The Court finds the Motion is and should be Granted and Judgment should be entered.

Now, therefore,

**IT IS ORDERED, ADJUDGED AND DECREED as follows:**

Judgment is entered in favor of Plaintiffs Zachary G. Hehmann and Brienne D. Hehmann and against Defendant T&L Motors, LLC d/b/a Roswell Honda on the Plaintiffs claims of fraud, violation of the New Mexico Unfair Practices Act, breach of contract and breach of warranty.

Plaintiffs are awarded a total amount of $251,463.66 consisting of actual damages in the amount of $83,821.22 and, based on a finding that the Defendant's violation of the Unfair Practices Act was willful, the actual damages are trebled under NMSA 57-12-10(B).

In addition, Plaintiffs are awarded $175,432.50 in attorney fees plus GRT.

1

In addition, Plaintiffs are awarded $40,679.20 in costs.

All to be assessed post-judgment interest at the rate of 15% per annum beginning January 17, 2024 until paid.

IT IS SO ORDERED.

*Kevin Sweazea* (signature)
KEVIN R. SWEAZEA
UNITED STATES MAGISTRATE JUDGE
Presiding by Consent


**HUMPHREYS WALLACE HUMPHREYS, P.C.**

By: _/s/ Robert David Humphreys_
  Robert David Humphreys
  Lucius James Wallace
  1701 Old Pecos Trail, Suite B
  Santa Fe, NM  87505
  (505) 933-7026 / (918) 471-2223 -Fax
  david@hwh-law.com
  luke@hwh-law.com
  **ATTORNEYS FOR PLAINTIFFS**


By: _/s/ Lawrence A. Junker_
  Lawrence A. Junker
  GUEBERT GENTILE & PIAZZA PC
  P.O. Box 93880
  Albuquerque, NM 87199-3880
  (505) 823-2300
  ljunker@guebertlaw.com

  -- and –

  B.J. Crow
  CROW LAW FIRM
  400 North Pennsylvania Suite 1150
  Roswell, New Mexico 88201
  (575) 291-0200
  bj@crow-law-firm.com
  *Attorneys for Defendants*